1 | William A. Delgado (Bar No. 222666)
  | wdelgado@willenken.com
2 | WILLENKEN WILSON LOH & DELGADO LLP
3 | 707 Wilshire Blvd., Suite 3850
  | Los Angeles, California 90017
4 | Telephone: (213) 955-9240
  | Facsimile: (213) 955-9250
5 |
6 | Attorneys for Defendant
  | COSTCO WHOLESALE CORPORATION
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,   |   CASE NO.: 3:14-CV-05447-LB
12 |
   |   Hon. Laurel Beeler
13 |        Plaintiff,
   |   **JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**
14 | v.
15 | COSTCO WHOLESALE CORPORATION,
16 |        Defendant.
17 |

1    Plaintiff Tatiana Korolshteyn ("Plaintiff") and Defendant Costco Wholesale Corporation
2    ("Defendant"), by and through their respective counsel, hereby stipulate as follows:
3    A.   As set forth in the Notice filed by Defendant on January 26, 2015, on January 9,
4    2015, Defendant filed a Notice of Related Action in connection with a pending motion to
5    transfer and consolidate with the Judicial Panel on Multidistrict Litigation ("Panel"), MDL
6    2608.  The MDL motion seeks to transfer and consolidate this and other related Gingko Biloba
7    class actions in the United States District Court for the Southern District of California.
8    B.   As set forth in that same Notice, Plaintiff joined in Defendant's MDL motion
9    seeking transfer and consolidation.
10   C.   The Panel heard oral argument on the MDL Motion on March 26, 2015 in San
11   Diego, California.
12   D.   In light of the agreement by all the parties that the various pending matters
13   should be heard by the same judge in the United States District Court for the Southern District
14   of California, the Panel ordered the parties to simply proceed via stipulation to transfer pursuant
15   to 28 U.S.C. § 1404.
16   //
17   //

1  NOW, THEREFORE, PLAINTIFF AND DEFENDANT STIPULATE THAT:

2  This case be transferred to Judge Cathy Ann Bencivengo of the United States District
3  Court for the Southern District of California.

4  Dated:  March 27, 2015          BONNETT FAIRBOURN FRIEDMAN &
                                   BALINT PC
5

6                                  By: */s/ Patricia N. Syverson*
                                       Patricia N. Syverson
7                                      Attorneys for Plaintiff
                                       TATIANA KOROLSHTEYN
8

9  Dated:  March 27, 2015          WILLENKEN WILSON LOH &
                                   DELGADO LLP
10

11                                 By: */s/ William A. Delgado*
                                       William A. Delgado
                                       Attorneys for Defendant
12                                     COSTCO WHOLESALE CORPORATION

13

14

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
15

16  DATED: March 31, 2015          _____
                                   Hon. Laurel Beeler
17                                 United States District Court Judge