1  William A. Delgado (Bar No. 222666)
2  wdelgado@willenken.com
   Megan O'Neill (Bar No. 220147)
3  moneill@willenken.com
4  WILLENKEN WILSON LOH & DELGADO LLP
   707 Wilshire Blvd., Suite 3850
5  Los Angeles, California 90017
   Telephone:  (213) 955-9240
6  Facsimile:   (213) 955-9250
7
8  Attorneys for Defendants
   COSTCO WHOLESALE CORP. and
9  NBTY, INC.
10
11              UNITED STATES DISTRICT COURT
12            SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  TATIANA KOROLSHTEYN, on behalf<br>15  of herself and all others similarly<br>    situated,<br>16<br>17              Plaintiff,<br>18  v.<br>19<br>20  COSTCO WHOLESALE<br>    CORPORATION and NBTY, INC.,<br>21<br>22              Defendants.<br>23<br>24 | CASE NO.: 3:15-CV-00709-CAB-RBB<br><br>**DECLARATION OF DR. SUSAN<br>MITMESSER IN OPPOSITION TO<br>PLAINTIFF TATIANA<br>KOROLSHTEYN'S MOTION FOR<br>CLASS CERTIFICATION**<br><br>Date:      TBD<br>Time:      TBD<br>Judge:     Hon. Cathy Ann Bencivengo<br>Location:  Courtroom 4C<br><br>**[REDACTED VERSION]** |

25
26
27
28

140727.1

## DECLARATION OF SUSAN H. MITMESSER

I, Susan H. Mitmesser, declare:

1.      I am currently employed by The Nature's Bounty Co. f/k/a NBTY, Inc. ("NBTY").   My currrent title is Senior Director of Nutrition and Scientific Affairs.  I make this declaration in opposition to Plaintiff's Motion for Class Certification.  I make this declaration of my own personal knowledge.  If I were called to testify, I could and would testify competently to the matters herein.

2.      I graduated from Berea College in 1995 with a degree of nutrition.  I graduated from the University of Nebraska with a Master's Degree in 1997.  In 1998, I obtained a medical nutrition degree from the University of Nebraska Medical School.  Finally, in 2003, I obtained a Ph.D. in nutrition and biochemsitry from the University of Nebraska.

3.      As the Senior Director of Nutrition and Scientific Affairs, I am familiar with and ultimately  responsible for the statements on the labels of the Ginkgo Biloba products manufactured by NBTY, including the Nature's Bounty and Rexall Sundown Ginkgo Biloba products at issue in the *Petkevicius v. NBTY* lawsuit and the trunature Ginkgo Biloba product at issue in the *Korolshteyn v. Costco, et al.* lawsuit (collectively the "Ginkgo Products").

4.      NBTY maintains confidential "Structure Function Files," which include information regarding the substantiation of every claim made on our product labels and the functionality of the product's ingredients, including one for the active ingredients in the Ginkgo Products.  While the information in these files may be publicly available, the company treats its unique collection of publicly available studies and information as proprietary and confidential

5.      During the course of this litigation, we produced that substantiation to Plaintiffs in both lawsuits.

6.     For the active ingredient in the Ginkgo Products—Ginkgo Biloba extract standardized to contain 24% glycosides and 6% terpenes—the Structure Function File assembles scientific articles and reports relevant to the properties and benefits of Ginkgo Biloba.

7.     Among the studies relied upon by NBTY in support of the claims made on the labels of the Ginkgo products are the following eighteen (18) studies which have been attached hereto as Exhibits A-R:















ii.





ii.



1    ii.    ████████████████████████

2           ██████████████████████████

3           ████████████████

4    I declare under penalty of perjury under the laws of the United States that

5    the foregoing is true and correct.

6    Executed this 9th day of December 2016, at Hillsdale, Michigan.

7

8

9

10   _____

                    Susan H. Mitmessser

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

140727.1