| | |
|---|---|
| 1 | **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.** |
| 2 | Patricia N. Syverson (CA SBN 203111) |
|   | Manfred P. Muecke (CA SBN 222893) |
| 3 | 600 W. Broadway, Suite 900 |
|   | San Diego, California 92101 |
| 4 | psyverson@bffb.com |
|   | mmuecke@bffb.com |
| 5 | Telephone: (619) 756-7748 |
|   | *Attorneys for Plaintiff Korolshetyn* |
| 6 | |
| 7 | **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** |
|   | Todd D. Carpenter (CA 234464) |
| 8 | 402 W Broadway, 29th Floor |
|   | San Diego, California 92101 |
| 9 | Telephone: 619-756-6994 |
|   | Fax: 619-756-6991 |
| 10 | tcarpenter@carlsonlynch.com |
|    | *Attorneys for Plaintiff Petkevicius* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated, | Case No.: 3:15-cv-0709-CAB-RBB<br>Case No. 14-CV-02616-CAB-RBB |
| Plaintiff, | **CLASS ACTION** |
| v. | **MOTION TO STRIKE DECLARATION OF DR. SUSAN MITMESSER IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION** |
| COSTCO WHOLESALE CORPORATION and NBTY, INC., | |
| Defendants. | |
| PAIGE PETKEVICIUS, on behalf of herself and all others similarly situated, | Date: TBD<br>Time: TBD<br>Judge: Hon. Cathy Ann Bencivengo<br>Ctrm: 4C |
| Plaintiff, | |
| v. | |
| NBTY, INC., a Delaware Corporation; NATURE'S BOUNTY, INC., a New York Corporation; REXALL SUNDOWN, INC., a Florida Corporation, | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
| Defendants. | |

-1-

PLAINTIFFS' MOTION TO STRIKE DECLARATION OF DR. SUSAN MITMESSER

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that, in connection with the motion for class certification in the above-referenced matter, Plaintiffs Paige Petkevicius and Tatiana Korolshteyn ("Plaintiffs") will move this Court pursuant to Federal Rule of Civil Procedure 37(c) for an order: striking the declaration of Dr. Susan Mitmesser in Opposition to Plaintiff's Motion for Class Certification (ECF No. 112-1) and the exhibits attached thereto (ECF No. 112-2); prohibiting any reliance thereon in connection with any motion or, if necessary, at the trial in this matter; and ordering Defendants to reimburse Plaintiffs for their fees and expenses incurred with bringing this motion.

    The bases for this motion, which is more fully set forth in the accompanying Memorandum and are incorporated herein, are that: 1) Defendants failed to provide the requisite Rule 26 expert disclosures for Dr. Mitmesser; and 2) the Declaration contains previously undisclosed expert opinions, as well as citation to studies not previously identified pursuant to Plaintiffs' 30(b)(6) deposition notice.

    This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, Reply in Support of Plaintiffs' Motion for Class Certification, the Declaration of Patricia N. Syverson, the records and pleadings on file herein, any matter of which the Court may take judicial notice, and on such other evidence as may be presented in the hearing on this matter.

Dated:   January 6, 2017        BONNETT, FAIRBOURN, FRIEDMAN
                                         & BALINT, P.C.

                                         */s/ Patricia N. Syverson*
                                        BONNETT, FAIRBOURN, FRIEDMAN
                                        & BALINT, P.C.
                                        Patricia N. Syverson (203111)
                                        Manfred P. Muecke (222893)
                                        600 W. Broadway, Suite 900
                                        San Diego, California 92101
                                        psyverson@bffb.com
                                        mmuecke@bffb.com
                                        Telephone: (619) 798-4593

PLAINTIFFS' MOTION TO STRIKE DECLARATION OF DR. SUSAN MITMESSER

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
Telephone: (602) 274-1100

BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
Max A. Stein (*Admitted Pro Hac Vice*)
One North Franklin, Suite 1200
Chicago, IL 60606
SWeltman@boodlaw.com
mstein@boodlaw.com
Telephone: (312) 938-1670

SIPRUT PC
Joseph Siprut (*To be Admitted Pro Hac Vice*)
17 North State Street
Suite 1600
Chicago, IL 60602
Jsiprut@siprut.com
Telephone: 312.236.0000

*Attorneys for Plaintiff Korolshteyn*

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
402 W Broadway, 29th Floor
San Diego, California 92101
Telephone: 619-756-6994
Fax: 619-756-6991
tcarpenter@carlsonlynch.com

**MILSTEIN ADELMAN JACKSON, FAIRCHILD & WADE, LLP**
Gillian L. Wade (CA 229124)
Sara D. Avila (CA 263213)
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone 888-835-8055
Fax: 310-396-9635
gwade@majfw.com
savila@majfw.com

**HALUNEN LAW**
Melissa W. Wolchansky
1650 IDS Center
80 So. 8th Street
Minneapolis, MN 55402

-3-
PLAINTIFFS' MOTION TO STRIKE DECLARATION OF DR. SUSAN MITMESSER

Telephone: 612-605-4098
Fax: 612-605-4099
wolchansky@halunenlaw.com

**PATTERSON LAW GROUP**
James R. Patterson (CA 211102)
402 W Broadway, 29th Floor
San Diego, CA 92101
Telephone: 619-756-6994
Fax: 619-756-6991
jim@pattersonlawgroup.com

*Attorneys for Plaintiff Petkevicius*

-4-
PLAINTIFFS' MOTION TO STRIKE DECLARATION OF DR. SUSAN MITMESSER

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2017.

>    */s/ Patricia N. Syverson*
>    Patricia N. Syverson (203111)
>    **BONNETT, FAIRBOURN,**
>    **FRIEDMAN & BALINT, P.C.**
>    600 W. Broadway, Suite 900
>    San Diego, California 92101
>    psyverson@bffb.com
>    mmuecke@bffb.com
>    Telephone: (619) 798-4593

PLAINTIFFS' MOTION TO STRIKE DECLARATION OF DR. SUSAN MITMESSER