# EXHIBIT B

1  William A. Delgado (Bar No. 222666)
   wdelgado@willenken.com
2  Megan O'Neill (Bar No. 220147)
   moneill@willenken.com
3  WILLENKEN WILSON LOH & DELGADO LLP
   707 Wilshire Blvd., Suite 3850
4  Los Angeles, California 90017
   Telephone:  (213) 955-9240
5  Facsimile:   (213) 955-9250

6  Attorneys for Defendants
   NBTY, INC., NATURE'S BOUNTY,
7  INC., REXALL SUNDOWN, INC., and
   COSTCO WHOLESALE CORPORATION
8

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE PETKEVICIUS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC.; NATURE'S BOUNTY, INC., REXALL SUNDOWN, INC.; and DOES 1-100,<br><br>Defendants.<br><hr>TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and NBTY, INC.,<br><br>Defendants. | CASE NO.: 3:14-CV-02616-CAB-RBB<br>CASE NO.: 3:15-CV-00709-CAB-RBB<br><br>**NOTICE OF DESIGNATION OF EXPERT WITNESS FOR PURPOSES OF SUMMARY JUDGMENT AND TRIAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Court's Order of June 24, 2016 [ECF No. 75] in *Petkevicius v. NBTY, et al.*, and the Court's Order of June 24, 2016 [ECF No. 87] in *Korolshteyn v. Costco Wholesale Corporation, et al.*, Defendants NBTY, Inc., Nature's Bounty, Inc., Rexall Sundown, Inc., and Costco Wholesale Corporation hereby identify the following person who may be used at summary judgment or trial to present evidence pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence:

Dr. Stephan Ogenstad

Statogen Consulting

3828 Quarry Road

Zebulon, NC 27597

Tel.: (919) 761-8840

Rate for deposition and trial testimony: $650/hour

Summary of testimony expert is expected to provide: Dr. Ogenstad is expected to provide testimony regarding the following topics: (i) studies identified by Defendants as having been relied upon to substantiate the claims on the product labels, including the statistical measurements contained therein; (ii) studies identified by Dr. Edward Rosick as indicative of the efficacy of ginkgo biloba, including the statistical measurements contained therein; (iii) studies identified by Plaintiffs and their expert witnesses, including the statistical measurements contained therein; (iv) biostatistics in general and the use of biostatistics in clinical trials; and (v) other studies regarding ginkgo biloba which he may cite based on his own research.

Defendants do not believe that any further designation of Dr. Rosick is required, but, out of an abundance of caution, Defendants hereby note that Dr. Edward Rosick may also be used at summary judgment or trial to present evidence

pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence. His information is as follows:

    Dr. Edward Rosick

    Michigan State University

    209-B West Fee Hall

    E. Lansing, MI 48824

    Tel.: (517) 355-0214

    Rate for deposition and trial testimony: $350/hour

    Summary of testimony expected to be provided: Dr. Rosick is expected to testify as to the efficacy of Ginkgo Biloba, in accordance with the opinions set forth in his Expert Report, including as revised for correction on December 27, 2016, and as discussed at his deposition on December 16, 2016.

    Lastly, Defendants do not believe that they need to designate Dr. Susan Mitmesser as an expert witness as Defendants do not intend to offer her as an expert witness but, rather, as a lay witness who can testify as to Defendants' substantiation of the claims on the product labels. Nevertheless, out of an abundance of caution and in light of Plaintiffs' Motion to Strike Dr. Mitmesser's Declaration in Opposition to Plaintiffs' Motions for Class Certification—and without conceding that Motion has any merit (because it doesn't)—Defendants identify Dr. Mitmesser as someone who will provide testimony in connection with summary judgment and trial, if necessary. Her information is below:

    Dr. Susan Mitmesser

    The Nature's Bounty Co.

    2100 Smithtown Avenue

    Ronkonkoma, NY 11779

    Tel.: (631) 567-9500

    Rate for deposition and trial testimony: Not applicable

Summary of testimony: Dr. Mitmesser will testify as to the bases for Defendants' substantiation of the claims made on the product labels.

Dated: January 10, 2017

WILLENKEN WILSON LOH & DELGADO LLP

By: _s/ William A. Delgado_
William A. Delgado
Attorneys for Defendants
NBTY, INC., NATURE'S BOUNTY, INC., REXALL SUNDOWN, INC. and COSTCO WHOLESALE CORPORATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017.

On the date below, I served the foregoing document(s), described as **NOTICE OF DESIGNATION OF EXPERT WITNESS FOR PURPOSES OF SUMMARY JUDGMENT AND TRIAL** on each of the interested parties in this action.

☒ By placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LISTS**

☒ **(BY U.S. MAIL)** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT DELIVERY)** I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☒ **(VIA ELECTRONIC SERVICE )** The document was served via electronic transfer upon the parties listed using their e-mail addresses as shown in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 10, 2017**, at Los Angeles, California.

HELEN HSIAO                                      _[Signature]_
(Type or Print Name)                             Signature

|   |   |   |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | *Paige Petkevicius v. NBTY, Inc., et al.* | |
| 3 | Case No.: 3:14-cv-02616-CAB-RBB | |

| | | |
|---|---|---|
| 4 | Gillian L. Wade | *Attorneys for Plaintiff* |
| 5 | MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP | *Paige Petkevicius* |
| 6 | 10250 Constellation Boulevard Suite 1400 | |
| 7 | Los Angeles, CA 90067 Tel: 888-835-8055 | |
| 8 | Fax: 310-396-9635 Email: gwade@majfw.com | |
| 9 | | |
| 10 | Todd D. Carpenter | *Attorneys for Plaintiff* |
| 11 | Brittany Casola | *Paige Petkevicius* |
| 12 | CARLSON LYNCH SWEET KILPELA & CARPENTER LLP | |
| 13 | 402 West Broadway, 29th Floor San Diego, CA 92101 | |
| 14 | Tel: 619-756-6994 Fax: 619-756-6991 | |
| 15 | Email: tcarpenter@carlsonlynch.com bcasola@carlsonlynch.com | |
| 16 | | |
| 17 | Melissa Wolchansky | *Attorneys for Plaintiff* |
| 18 | Charles D. Moore HALUNEN LAW | *Paige Petkevicius* |
| 19 | IDS Center | |
| 20 | 80 S. 8th Street, Suite 1650 Minneapolis, MN 55402 | |
| 21 | Tel: 612-605-4098 Fax: 612-605-4099 | |
| 22 | Email: wolchansky@halunenlaw.com moore@halunenlaw.com | |
| 23 | | |
| 24 | James R. Patterson | *Attorneys for Plaintiff* |
| 25 | PATTERSON LAW GROUP 402 West Broadway, 29th Floor | *Paige Petkevicius* |
| 26 | San Diego, CA 92101 Tel: 619-756-6990 | |
| 27 | Fax: 619-756-6991 Email: jim@pattersonlawgroup.com | |
| 28 | | |

## SERVICE LIST

*Tatiana Korolshteyn v. Costco Wholesale Corporation*
*Case No.: 3:15-cv-0709-CAB-RBB*

| | |
|---|---|
| Patricia N. Syverson<br>Manfred P. Muecke<br>BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>600 W. Broadway, Suite 900<br>San Diego, CA 92101<br>Tel: 619-756-7748<br>Email: psyverson@bffb.com<br>       mmuecke@bffb.com | *Attorneys for Plaintiff*<br>*Tatiana Korolshteyn* |
| Elaine A. Ryan<br>BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>2325 E. Camelback Rd., Suite 300<br>Phoenix, AZ 85016<br>Tel: 602-274-1100<br>Email: eryan@bffb.com | *Attorneys for Plaintiff*<br>*Tatiana Korolshteyn* |
| Stewart M. Weltman<br>Max A. Stein<br>BOODELL & DOMANSKIS, LLC<br>1 North Franklin, Suite 1200<br>Chicago, IL 60606<br>Tel: 312-938-4070<br>Email: sweltman@boodlaw.com<br>       mstein@boodlaw.com | *Attorneys for Plaintiff*<br>*Tatiana Korolshteyn* |

PROOF OF SERVICE