```
 1  William A. Delgado (Bar No. 222666)
    wdelgado@willenken.com
 2  Megan O'Neill (Bar No. 220147)
    moneill@willenken.com
 3  WILLENKEN WILSON LOH & DELGADO LLP
    707 Wilshire Blvd., Suite 3850
 4  Los Angeles, California 90017
    Telephone:  (213) 955-9240
 5  Facsimile:   (213) 955-9250

 6  Attorneys for Defendants
    NBTY, INC., NATURE'S BOUNTY,
 7  INC., REXALL SUNDOWN, INC., and
    COSTCO WHOLESALE CORPORATION
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE PETKEVICIUS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC.; NATURE'S BOUNTY, INC., REXALL SUNDOWN, INC.; and DOES 1-100,<br><br>Defendants.<br>_____<br>TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and NBTY, INC.,<br><br>Defendants. | CASE NO.: 3:14-CV-02616-CAB-RBB<br>CASE NO.: 3:15-CV-00709-CAB-RBB<br><br>**DECLARATION OF SUSAN MITMESSER** |

### DECLARATION OF SUSAN H. MITMESSER

I, Susan H. Mitmesser, declare:

1. I am currently employed by The Nature's Bounty Co. f/k/a NBTY, Inc. ("NBTY"). My currrent title is Senior Director of Nutrition and Scientific Affairs. I make this declaration of my own personal knowledge. If I were called to testify, I could and would testify competently to the matters herein.

2. There are hundreds of publicly available pieces of information regarding ginkgo biloba, including primary studies, meta analyses, and reviews of the scientific literature. NBTY's nutrition research team, which is presently comprised of eight (8) scientists, spend hundreds of hours combing through all of the publicly available research to determine what claims would be supported by this information.

3. These scientists then collect and retain the specific studies in a "structure function file" or "substantiation file"—i.e., a file which would substantiate the claims on the label. Therefore, while each individual study might be publicly available, the unique collection that NBTY's research team has amassed is not.

4. Rather, that collection represents a significant amount of investment by NBTY in the way of money paid to the nutrition research team (hundreds of thousands of dollars each year) who, in turn, spend hundreds of hours of research time analyzing these studies.

//

//

DECLARATION OF SUSAN MITMESSER   1   CASE NO.: 3:14-CV-02616-CAB-RBB
CASE NO.: 3:15-CV-00709-CAB-RBB

141239.1

5.      If NBTY's substantiation files were made publicly available, its competitors would essentially get a "free" copy of NBTY's substantiation files and would have the research to substantiate claims for their own ginkgo biloba products without having invested a single penny or a single moment in performing their own research.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of February 2017, at Hillsdale, Michigan.

_____
Susan H. Mitmessser

DECLARATION OF SUSAN MITMESSER   2   CASE NO.: 3:14-CV-02616-CAB-RBB
CASE NO.: 3:15-CV-00709-CAB-RBB

141239.1