1  William A. Delgado (Bar No. 222666)
   wdelgado@willenken.com
2  Megan O'Neill (Bar No. 220147)
3  moneill@willenken.com
   WILLENKEN WILSON LOH & DELGADO LLP
4  707 Wilshire Blvd., Suite 3850
5  Los Angeles, California 90017
   Telephone:  (213) 955-9240
6  Facsimile:   (213) 955-9250
7
8  Attorneys for Defendants
   COSTCO WHOLESALE CORP. and
9  NBTY, INC.
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and NBTY, INC.,<br><br>Defendants. | CASE NO.: 3:15-CV-00709-CAB-RBB<br><br>**DECLARATION OF DR. SUSAN MITMESSER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 6, 2017<br>Time:   10:00 a.m.<br>Judge:  Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br><br>**[REDACTED VERSION]** |

# DECLARATION OF SUSAN H. MITMESSER

I, Susan H. Mitmesser, declare:

1. I am currently employed by The Nature's Bounty Co. f/k/a NBTY, Inc. ("NBTY"). My current title is Senior Director of Nutrition and Scientific Affairs. I have been retained by Defendants in this matter to provide opinions and testimony concerning the efficacy of Ginkgo Biloba. I make this declaration of my own personal knowledge. If I were called to testify, I could and would testify competently to the matters herein.

2. Attached here to as Exhibit A is a true and correct copy of my expert report provided in this case, which sets forth my opinions. I have provided my opinions to a reasonable degree of medical and scientific certainty.

3. NBTY maintains confidential "Structure Function Files," which include information regarding the substantiation of every claim made on our product labels and the functionality of the product's ingredients, including one for the active ingredients in the Ginkgo Products. While the information in these files may be publicly available, the company treats its unique collection of publicly available studies and information as proprietary and confidential.

4. For the active ingredient in the Ginkgo Products—Ginkgo Biloba extract standardized to contain 24% glycosides and 6% terpenes—the Structure Function File assembles scientific articles and reports relevant to the properties and benefits of Ginkgo Biloba.

5. Among the studies relied upon by NBTY in support of the claims made on the labels of the Ginkgo products are the following eighteen studies, which are part of the Ginkgo Biloba Structure Function File and referenced in my expert report. True and correct copies of these eighteen studies are attached hereto as Exhibits B through S:

1   Exhibit B:   G. Vorberg, *Ginkgo Biloba Extract (GBE\*): A Long-Term Study of Chronic Cerebral Insufficiency in Geriatric Patients* (1985).

    i.   In this study, 112 patients with chronic cerebral insufficiency (i.e., decreased blood supply to the brain) were given 120 mg/day in an open-label one-year trial.  The authors reported statistically significant regression of the major symptoms of vertigo, headache, tinnitus, short-term memory, vigilance, and mood disturbances.

    ii.  In my professional opinion, this study provides evidence for increased blood flow to the brain which helped ameliorate the various symptoms that had resulted from insufficient blood flow to the brain.

Exhibit C:   J. Mehlsen, *Effects of a Ginkgo biloba extract on forearm haemodynamics in healthy volunteers* (2002).

    i.   This was a randomized, double-blinded cross-over design in 16 healthy subjects.  The subjects were given either Ginkgo biloba or a placebo.  The authors concluded that oral treatment of Ginkgo biloba was able to dilate forearm blood vessels causing increments in regional blood flow without changing blood pressure levels in healthy subjects.

    ii.  In my professional opinion, this study provides evidence for increased blood flow to the extremities and throughout the body.

Exhibit D:   P. Fies, et al., *Ginkgo extra in impaired vision—treatment of visual impairment due to senile dry macular degeneration with the special extract EGb 761®* (2002).

    i.   This was a double-blind, controlled study involving 99 patients with impaired vision due to senile dry macular degeneration. Patients were given either 240 mg/day or 60 mg/day of Ginkgo Biloba extract.  The authors reported seeing "marked

1  improvement" in vision in both groups after four weeks with greater improvement in the 240 mg/day group.

   ii. In my professional opinion, this study provides evidence for increased blood flow to the eyes which would also be indicative of increased blood flow to the brain.

Exhibit E:   U. Bauer, *6-Month Double-blind Randomised Clinical Trial of Ginkgo biloba Extract versus Placebo in Two Parallel Groups in Patients Suffering from Peripheral Arterial Insufficiency* (1984)

   i. This was a double-blind, placebo-controlled study involving 79 patients over a 6 month period. The authors reported a "clear beneficial therapeutical effect" related to Ginkgo in patients suffering from peripheral arteriopathy stage II. The authors also reported improvement in peripheral artierial blood flow.

   ii. In my professional opinion, this study provides evidence for improvement in peripheral artierial blood flow.

Exhibit F:   

Exhibit G:   P. Le Bars, et al., *A Placebo-Controlled, Double-Blind Randomized Trial of an Extract of Ginkgo Biloba for Dementia* (1997).

i. This was a 52-week intent-to-treat study involving mildly to severely demented outpatients with Alzheimer's disease or multi-infarct dementia. The patients were given either 120 mg/day of Ginkgo Biloba or a placebo. The authors reports that Ginkgo Biloba was capable of stabilizing, and in a number of cases, improving the cognitive performance and the social functioning of demented patients for 6 months to 1 year.

ii. In my professional opinion, this study provides evidence for the fact that Ginkgo can help support healthy brain function.

Exhibit H: 

1. Exhibit I: 
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16. Exhibit J:    S. Zhang, et al., *Effect of Western medicine therapy assisted by*
17. *Ginkgo biloba tablet on vascular cognitive impairment of none dementia*
18. (2012).
19.      i.   This study involved 80 patients with vascular cognitive impairment
20.           of none dementia (VCIND) (i.e., patients that were cognitively
21.           impaired but had not yet reached the dementia stage).  The 80
22.           patients were divided into two groups; one group received 75 mg
23.           aspirin three times a day for 3 months and the other group was
24.           given 75 mg combined with 120 mg of Ginkgo biloba three times a
25.           day for 3 months.  The authors reported that scores of executive
26.           ability, attention, abstract, delayed memory, and orientation in the
27.           MoCA were significantly increased as compared with baseline and
28.           the aspirin-only group.  In addition, blood flow velocity of anterior

1    cerebral artery increased significantly as compared with baseline
2    and the aspirin-only group.
3    ii.   In my professional opinion, this study provides evidence that
4    Ginkgo biloba can not only have positive effects on memory and
5    cognitive function but can also increase blood flow velocity to the
6    brain.
7    Exhibit K:  ████████████████████████████████████████
8    ████████████████████████████████████████████████████
9    ██████████████████████████
10   █  ████████████████  ████████████████████
11      ████████████████████████████████████████
12      ███████████████████████████████████████
13      ████████████████████████████████████████
14      █████████████████████████████████████████
15      ██████████████████████████████████
16   █  ████████████████████████████████████████
17      ██████████████████████████████
18   Exhibit L: ████████████████████████████████████
19   █████████████████████████████████████████████████
20   ████
21      █ ███████████████████████████████████████
22      █████████████████████████████████████████
23      ████████████████████████████████████████
24      ████████████████████████████████
25      ██████████████████████████████████
26   █  ████████████████████████████████████████
27      ██████████████████████████████████████
28      █████

1  Exhibit M:   D. O. Kennedy, et al., *The dose-dependent cognitive effects of acute administration of Ginkgo bioloba to healthy young volunteers* (2000).

    i.   This was a double-blind, placebo-controlled, crossover study intended to test the efficacy of an acute administration of Ginkgo biloba (i.e., a single dose).  Twenty young and healthy participants received 120 mg, 240 mg, and 360 mg of Ginkgo and were assessed using a computerized test battery at dosing and then at 1, 2.5, 4, and 6 hours thereafter on four aspects of cognitive performance.  Based on the results of the study which showed improvement on the "speed of attention" factor for the 240 mg and 360 mg dosage, the authors concluded that their "results show that acute Ginkgo biloba administration enhances congitive performance in healthy young adults."

    ii.   In my professional opinion, this study provides evidence for the fact that Ginkgo can help support healthy brain function.

Exhibit N: 

Exhibit O:



1 ▮
2 ▮
3 ▮
4 ▮
5 ▮
6 ▮
7 ▮
8 ▮
9 ▮
10 ▮
11 Exhibit P: ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 ▮
23 ▮
24 ▮
25 Exhibit Q: ▮
26 ▮
27 ▮
28



1. ████████████████████████████
2. ██████████████████████████████
3. ██████████████████████████████
4. ████████████████████████████
5. ██████████
6. █ █████████████████████████████
7. ████████████████████████████
8. ████

9.     I declare under penalty of perjury under the laws of the United States that
10. the foregoing is true and correct.
11.     Executed this 4th day of May 2017, at Hillsdale, Michigan.
12.
13.
14.
15.
16.                                         */s/ Susan H. Mitmesser*
17.                                         Susan H. Mitmesser
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.