EXHIBIT 1



Transcript of the Testimony of:

# Susan Mitmesser, Ph.D.

Korolshteyn

v.

Costco Wholesale Corporation and NBTY, Inc.

March 28, 2017

Volume I

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

PAGES 19 AND 22

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  TATIANA KOROLSHTEYN, on behalf of

 5  herself and all others similarly

 6  situated,

 7       Plaintiff,

 8                    Case No.  3:15-cv-00709-CAB-RBB

 9       -vs-

10  COSTCO WHOLESALE CORPORATION

11  and NBTY, INC.,

12       Defendants.

13  _____/

14      V I D E O T A P E D    D E P O S I T I O N

15  CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY (PAGE 19 AND 22)

16  DEPONENT:  SUSAN MITMESSER, PH.D.

17  DATE:      Tuesday, March 28, 2017

18  TIME:      10:02 a.m.

19  LOCATION:  Liberty Center

20             100 West Big Beaver Road, Suite 200

21             Troy, Michigan

22  REPORTER:  Maureen M. McLaughlin, CSR-4400

23             Litivate Reporting & Trial Services

24  VIDEO:     Jeremy Ramsden

25             Litivate Reporting & Trial Services
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                    March 28, 2017

```
 1   APPEARANCES:

 2        SIPRUT P.C.

 3        By:  Stewart M. Weltman

 4             Michael Chang

 5        E-mail:  Sweltman@siprut.com

 6        17 North State Street, Suite 1600

 7        Chicago, Illinois  60602

 8        Telephone:  312.236.0000

 9             Appearing on behalf of the Plaintiff

10

11        BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.

12        By:  Patricia N. Syverson (Not present)

13        E-mail:  Psyverson@bffb.com

14        600 West Broadway, Suite 900

15        San Diego, California  92101

16        Telephone:  619.798.4593

17             Appearing on behalf of the Plaintiff

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:  (Continued)

 2        WILLENKEN WILSON LOH & DELGADO

 3        By:  William A. Delgado

 4        E-mail:  Williamdelgado@willenken.com

 5        707 Wilshire Boulevard, Suite 3850

 6        Los Angeles, California  90017

 7        Telephone:  213.955.8022

 8             Appearing on behalf of Defendants

 9             Costco and NBTY

10

11        LAW OFFICE OF CHRISTINE MCINERNEY

12        By:  Christine McInerney

13        E-mail:  Cmcinerney@nbty.com

14        2100 Smithtown Avenue

15        Ronkonkoma, New York  11779

16        Telephone:  631.200.7332

17             Appearing on behalf of Defendant NBTY

18

19

20

21

22

23

24

25
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                   March 28, 2017

```
 1   Q.   Okay.  And your report is intended to purportedly
 2        support the claims made by defendants about their --
 3        their Gingko biloba products?
 4   A.   Yes.
 5   Q.   Doctor Mitmesser, would it be safe to say that the
 6        question that is to be answered is whether or not
 7        long-term administration of Gingko biloba supports
 8        brain health, memory or cognitive function in healthy
 9        persons?
10             MR. DELGADO:  Objection, calls for a legal
11        conclusion.  You can answer.
12             THE WITNESS:  No.
13   BY MR. WELTMAN:
14   Q.   No?
15   A.   The question I was -- my expert report is to provide
16        substantiation for the claims on the label.
17   Q.   Okay.  And, again, what do you understand the claims
18        on the label to mean?
19   A.   Supporting -- supporting memory.
20   Q.   Anything else?
21   A.   Memory and -- I don't have the exact wording in my --
22        in my head, but supporting memory and cognitive
23        function.
24   Q.   And in what population of persons?  Healthy persons?
25        Sick persons?  Persons with Alzheimer's?  What -- what
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

Susan Mitmesser, Ph.D.                                    March 28, 2017

```
 1          population persons are you talking about?

 2     A.   That's not indicated.

 3     Q.   That's not indicated on the labeling?

 4     A.   Correct.

 5     Q.   Isn't it true that defendants' Ginkgo biloba products

 6          are not intended to treat or cure diseases such as

 7          Alzheimer's disease or dementia?

 8     A.   Correct.

 9     Q.   Okay.  Doctor Mitmesser, in your own words, why do you

10          think you are qualified to render the opinions you

11          have rendered in this report?

12     A.   Because of my educational background and my industry

13          knowledge.

14     Q.   Okay.  Because of your educational what?

15     A.   Background.  Can you not hear me properly?

16                    THE VIDEO OPERATOR:  He's not going to hear

17          on that.  If you want to slide that microphone --

18                    THE WITNESS:  Oh.

19                    THE VIDEO OPERATOR:  -- up a little bit

20          further towards you.  There you go.  That may help.

21                    THE WITNESS:  Thank you.

22     BY MR. WELTMAN:

23     Q.   Because of your educational background and your

24          industry experience?

25     A.   That's what I said, yes.
```

Page 9

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                              March 28, 2017

1           execution of clinical trials related to Alzheimer's or

2           dementia.

3    Q.     Okay.  That's your professional career, correct?

4    A.     Correct.

5    Q.     Okay.  And in your undergraduate or postgraduate

6           training, did you ever learn the -- the treatment of

7           Alzheimer's disease or dementia?

8    A.     I'm sorry.  You were breaking up.  Can you repeat the

9           question, please.

10   Q.     No problem.  And there's somebody who's got papers

11          that are right next to the microphone, so that's why I

12          broke up.  If they could stop moving those, I would

13          appreciate it, but, anyways, in your undergraduate or

14          postgraduate training, did you study the treatment of

15          Alzheimer's disease and/or dementia?

16   A.     Yes.

17   Q.     When?

18   A.     I don't recall the date.

19   Q.     Okay.  Could you describe the course or courses that

20          you took?

21   A.     I took a course on -- I don't recall the title, but it

22          was around acute conditions and long-term conditions.

23          And the long-term Alzheimer's and dementia was a

24          condition that was highlighted as an example of a

25          long-term condition.

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

Susan Mitmesser, Ph.D.                                    March 28, 2017

```
 1    Q.    I'm sorry.  Dementia was one of the things you

 2          studied?

 3    A.    Yes.

 4    Q.    Okay.  And did you study Alzheimer's disease too?

 5    A.    I -- I -- I apologize.  I don't have a -- I don't

 6          remember the course outline, but dementia being the

 7          overarching category and Alzheimer's being a

 8          subcategory of dementia, there were -- if I recall

 9          correctly, there were quite a few -- there were quite

10          a few subcategories of dementia that were highlighted

11          in the course.

12    Q.    And do you recall when you took this course?

13    A.    No.

14    Q.    Was it in postgraduate?

15    A.    Yes.

16    Q.    Okay.  And what do you recall you learned about

17          dementia in that course?

18    A.    Some of the test measures, so some of the clinical

19          endpoints.  I -- I -- I can't recall specifics.  It

20          was quite some time ago.

21    Q.    How long ago was it?

22    A.    I would guess anywhere from fifteen to twenty years

23          ago.

24    Q.    Okay.  So do you recall what clinical endpoints you

25          studied?
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

Susan Mitmesser, Ph.D.                                    March 28, 2017

1    A.   Not specific to that course.

2    Q.   Okay.  Do you recall the -- the test measures that you

3         studied?

4    A.   Not specific to the course.

5    Q.   When you say not specific to the course, you learned

6         something about this later in your career?

7    A.   Correct.

8    Q.   Was that after you got involved in this litigation?

9    A.   After I got -- no.

10   Q.   You learned it before you got involved in this

11        litigation?

12   A.   Correct.

13   Q.   When?

14   A.   Throughout my professional career we -- I've been

15        involved in -- I've been involved in looking at how

16        the brain -- how we look at memory and how we

17        clinically can measure, things of that nature.

18   Q.   Okay.  During your career you say you looked at how we

19        look at memory and how we can measure that.  When was

20        that?

21   A.   I don't recall a specific date.

22   Q.   What jobs did you do that in?

23   A.   I did it when I was at MDS Pharma Services, when I was

24        at Mead Johnson Nutrition, and since I've been at the

25        Nature's Bounty company.

```
 1        the record.  The time is 10:26 a.m.
 2                    (Whereupon an off-the-record discussion was
 3                    held.)
 4                    THE VIDEO OPERATOR:  We are now back on the
 5        record.  The time is 10:29 a.m.
 6                    MR. WELTMAN:  Okay.  Counsel, you had a
 7        chance to confer with Doctor Mitmesser.  Are you still
 8        instructing her not to answer?
 9                    MR. DELGADO:  I did confer with her and I
10        will allow her to answer, and I will designate this
11        answer as attorneys' eyes only under the protective
12        order in this case.
13                    MR. WELTMAN:  All right.  Thank you.
14   BY MR. WELTMAN:
15   Q.   So what was it that you worked on at MDS Pharma
16        Services?
17   A.   Philip Morris was doing some clinical trials looking
18        at the effects of cigarettes on certain memory,
19        cognitive function, et cetera.
20   Q.   And what was your involvement in that project?
21   A.   I was a medical writer, so I --
22   Q.   So --
23   A.   Do you want me to go?
24   Q.   Go ahead.
25   A.   So I looked at the data, the results, helped interpret
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                          March 28, 2017

```
 1         it and wrote up the findings in a variety of forms, so
 2         whether that was a ICH document form or variety of
 3         documents.
 4    Q.   Okay.  Anything else at MDS Pharma Services?
 5    A.   Related to cognition?
 6    Q.   Brain.
 7    A.   Brain.
 8    Q.   Cognition, brain.
 9    A.   Not that I recall.
10    Q.   And you were not the researcher on that Philip Morris
11         project, correct?
12    A.   You are correct.
13    Q.   You didn't design the study?
14    A.   Correct.
15    Q.   You just wrote up something for the researchers to
16         read?
17    A.   No.  I helped with the interpretation of the data,
18         looked at the data, worked very closely with the
19         statisticians and then wrote up documents.
20    Q.   Okay.  And at Mead Johnson you were working with
21         nutrition for infants; is that correct?
22    A.   Infants, young children and pregnant women.
23    Q.   Okay.  And this had to do with either nutrition for
24         infants or prenatal nutrition?
25    A.   And nutrition for young children.
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                    March 28, 2017

| | | |
|---|---|---|
| 1 | Q. | How old? |
| 2 | A. | I think at the time we were looking at children I want |
| 3 | | to say around age eight. |
| 4 | Q. | And this had to do with formulas, nutrition formulas? |
| 5 | A. | Not solely. |
| 6 | Q. | What else? |
| 7 | A. | For children, children older than an infant, they were |
| 8 | | ready-to-drink beverages.  For pregnant women, |
| 9 | | prenatal, it -- we did things related to -- they |
| 10 | | were -- things were delivered via solid dose, so a |
| 11 | | capsule, a gel cap. |
| 12 | Q. | And -- |
| 13 | A. | And infant formula. |
| 14 | Q. | I'm sorry? |
| 15 | A. | And infant formula. |
| 16 | Q. | Okay.  And these were related to the brain development |
| 17 | | of either fetuses, infants or young children? |
| 18 | A. | Some of the research was. |
| 19 | Q. | What -- what part of the research was? |
| 20 | A. | I'm not sure I understand your question as to what |
| 21 | | part of the research.  Do you want a percentage or -- |
| 22 | | I'm not sure I understand the question. |
| 23 | Q. | You said some of the research related to brain |
| 24 | | development. |
| 25 | A. | Uh-huh. |

Page 21

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                        March 28, 2017

1    Q.    My question is is what was that research?

2    A.    Oh, what was the research.  We -- in infants, as an

3          example, we looked at brain development, brain

4          maturation.  Also related to that was visual acuity.

5    Q.    And what substances, if any, were you looking at with

6          regard to these brain issues?

7    A.    Again, I would say that this is the same

8          confidentiality --

9                 MR. DELGADO:  Okay.  I'll mark this as

10         attorneys' eyes only as well.

11                THE WITNESS:  Okay.  We -- we looked at

12         different ratios of fatty acids, probiotics,

13         prebiotics, some different types of proteins, so

14         things such as Lactoferrin.

15   BY MR. WELTMAN:

16   Q.    And this was with respect to brain development,

17         correct?

18   A.    In most of -- I shouldn't say that.  In a lot of the

19         research that Mead Johnson performs, one component

20         that they look into is around cognitive brain

21         development, so that's -- I want to be fair that

22         that's not the only reason that they do these trials,

23         so they're looking at a lot of different endpoints,

24         brain development, cognition being one of those.

25   Q.    Was Ginkgo biloba one of the products in any -- one of

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

Susan Mitmesser, Ph.D.                                    March 28, 2017

| | | |
|---|---|---|
| 1 | | the ingredients in any of these Mead Johnson products? |
| 2 | A. | I don't recall that it was. |
| 3 | Q. | Okay.  And -- again, and I may have asked you this, |
| 4 | | but I'll ask it again.  During your educational career |
| 5 | | or your professional career, have you ever studied or |
| 6 | | been involved with the treatment of Alzheimer's |
| 7 | | disease or dementia prior to your employment at NBTY? |
| 8 | A. | No. |
| 9 | Q. | And prior to this litigation you had done no study or |
| 10 | | training about blood flow to the brain, correct? |
| 11 | A. | No, that's not correct. |
| 12 | Q. | Okay.  And why is that not correct? |
| 13 | A. | Because I look at a lot of different ingredients and |
| 14 | | the effect of those ingredients and nutrients on brain |
| 15 | | function. |
| 16 | Q. | Okay.  Do you recall giving your deposition previously |
| 17 | | in this case? |
| 18 | A. | Yes. |
| 19 | Q. | Do you recall you were sworn under oath at that time? |
| 20 | A. | Yes. |
| 21 | Q. | And at the time did you tell the truth? |
| 22 | A. | Yes. |
| 23 | Q. | And do you recall receiving -- being asked the |
| 24 | | following question and giving the following answer: |
| 25 | | Did you do any study or training about brain blood |

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

Susan Mitmesser, Ph.D.                                    March 28, 2017

```
 1          been proven to treat any of the symptoms of dementia?
 2          Strike that.  Do you believe that -- I'm sorry.  Let
 3          me rephrase it.  Do you believe that Ginkgo biloba has
 4          been proven effective in the treatment of any of the
 5          symptoms of dementia?
 6   A.     There is evidence that Ginkgo -- so the symptoms of
 7          dementia.  Can you define that, please.
 8   Q.     Well, okay.  I'll ask you.  What do you understand the
 9          symptoms of dementia to mean?
10   A.     I would say affecting memory, recognition, recall.
11          Those are some symptoms.  You could also look at
12          things like tinnitus, vertigo.
13   Q.     Okay.  Do you believe -- with that definition, do you
14          believe that Ginkgo biloba has been proven effective
15          in the treatment of any of the symptoms of dementia?
16   A.     I would not use the words "proven" -- "proven
17          effective".
18   Q.     So you do not believe that Ginkgo biloba has been
19          proven effective to treat any of the symptoms of
20          dementia, correct?
21   A.     There is evidence that Ginkgo supports those --
22          supports the improvement of some of those symptoms.
23   Q.     Okay.  You say supports, but my -- my question still
24          is has Ginkgo biloba been proven effective to treat
25          any of the symptoms of it?
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                    March 28, 2017

```
 1        disease -- strike that.  Is it -- is it your opinion
 2        that Ginkgo biloba -- strike that.  Is it your opinion
 3        that the evidence you've seen about Ginkgo biloba and
 4        its purported improvement of the symptoms of dementia
 5        is sufficient that persons with these conditions
 6        should take Ginkgo biloba?
 7                    MR. DELGADO:  Objection, calls for
 8        speculation.  Go ahead.
 9                    THE WITNESS:  May I ask the court reporter
10        to re-read that.  That was -- I want to make sure I
11        caught it all.
12                    MR. WELTMAN:  Please.
13                    (Whereupon the record, as requested, was
14                    read back by the court reporter.)
15                    THE WITNESS:  No.
16   BY MR. WELTMAN:
17   Q.   And I probably asked this before, but defendants'
18        Ginkgo biloba products are not marketed to treat
19        either Alzheimer's disease or dementia, are they?
20   A.   Correct.
21   Q.   And they're not marketed to treat any disease,
22        correct?
23   A.   Correct.
24   Q.   Isn't it true that studies involving Ginkgo biloba in
25        either the treatment of Alzheimer's disease or
```

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                           March 28, 2017

1       dementia have no bearing on whether Ginkgo biloba

2       provides healthy persons with support of brain health,

3       memory or cognitive function?

4   A.  I don't agree with that statement.

5   Q.  So you believe that studies involving Ginkgo biloba on

6       persons with either Alzheimer's disease or dementia

7       can have a bearing on whether Ginkgo biloba provides

8       healthy persons with support of brain health, memory

9       or cognitive function?

10  A.  I think studying -- again, these are not novel

11      molecules, okay, so these are not pharmaceutical

12      drugs.  I think studying a nutrition ingredient

13      nutrient in a stressed system, biological system gives

14      us evidence to understand the extent in which

15      something may benefit.

16  Q.  Benefit whom?

17  A.  Benefit the population being studied.

18  Q.  Okay.  But if the population being studied is either

19      persons with Alzheimer's disease or dementia, how do

20      the results of that study in any way become

21      extrapolatable to people who are healthy?

22  A.  I didn't say we -- I would extrapolate a study

23      specifically on dementia or Alzheimer's to healthy

24      people.  What I said was it is beneficial to

25      understand how a ingredient reacts in a stressed

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY

Susan Mitmesser, Ph.D.                                        March 28, 2017

1        system, and stress can be in a disease state or in a

2        temporary stress state such as exercise.  It helps us

3        understand what's going on in that biological system.

4    Q.   And in the case of somebody with Alzheimer's or

5         dementia, the biological system is a person with

6         Alzheimer's or dementia, correct?

7    A.   Yes.

8    Q.   You have your report in front of you.  Could you

9         identify which studies you've cited in your report

10        that involve Ginkgo biloba and whether or not it

11        supports brain health, memory or cognitive function in

12        persons without a disease.

13   A.   Do you mind if I look?

14   Q.   No.  Of course.

15   A.   Okay.

16   Q.   Take a look.

17   A.   Thank you.

18            MR. WELTMAN:  By the way, are you folks

19        going to want to know -- want to take a little lunch

20        break at some point in time, just so I know?

21            MR. DELGADO:  No.  I think we'll just keep

22        going through.

23            MR. WELTMAN:  Okay.  Court reporter,

24        videographer okay with that?

25            MR. DELGADO:  It's a three hour total dep.

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                    March 28, 2017

1              our labels.

2    Q.    And in order to substantiate the claims on your

3          labels, don't you have to look at the totality of the

4          evidence?

5    A.    Yes.

6    Q.    And you did cite Alzheimer's and dementia studies in

7          purported support of defendants' claims, correct?

8    A.    Correct.

9    Q.    So why did you ignore the DeKosky study which studied

10         three thousand and sixty-nine subjects?

11   A.    Again, the report was written to support the claims on

12         our labels.

13   Q.    Doctor, I -- we've done some arithmetic here, and the

14         total of all of your Alzheimer's disease and dementia

15         studies that you cite in your report total a total of

16         three hundred and eighty-nine patients.  And my

17         question to you -- well, if you do the math, the

18         DeKosky study is almost seven times larger than the

19         total of all the Alzheimer's disease and dementia

20         studies you cite, and my question to you is how could

21         you not at least discuss the DeKosky study in your

22         report?

23               MR. DELGADO:  Objection, calls for a legal

24         conclusion.

25               THE WITNESS:  Again, that was not the

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                          March 28, 2017

```
 1          have that information.
 2     Q.   Okay.  Wouldn't you agree that the Snitz study is at
 3          least a very highly relevant study to the question of
 4          whether or not defendants' statements about their
 5          Ginkgo biloba products are truthful or not?
 6     A.   No.
 7     Q.   And why is that?
 8     A.   Well, there are a couple of flaws with the study.
 9     Q.   Yeah.
10     A.   Yeah.
11     Q.   What?
12     A.   They had significant missing data points and so they
13          inputted carried over data points.  In addition, this
14          was an intent-to-treat population, so it's taking
15          in -- the statistical analysis is taking into all
16          subjects that were randomized and regardless of those
17          subjects adhered to treatment.  And so a more
18          appropriate -- a more appropriate statistical analysis
19          would have been a per-protocol analysis.
20     Q.   So you believe that intent-to-treat analyses are less
21          appropriate than per-protocol analyses?
22     A.   That's not what I said.
23     Q.   Well, you said that in this -- in this study --
24     A.   Uh-huh.
25     Q.   -- a per-protocol analysis would be more appropriate
```

Page 66

CONTAINS TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
Susan Mitmesser, Ph.D.                                    March 28, 2017

```
 1        no?
 2   A.   Yes.
 3   Q.   And are you aware of the Alzheimer's organization or
 4        association?
 5   A.   I know there's an organization.  I'm not sure that's
 6        the name.
 7   Q.   Well, are you familiar with the fact that the
 8        Alzheimer's organization does not recommend Ginkgo
 9        biloba for the treatment of anything related to
10        Alzheimer's?
11   A.   I'm -- was not aware of that.
12   Q.   Well, if it was, in fact, the case, would you disagree
13        with the Alzheimer's organization?
14   A.   Our product is not intended to treat Alzheimer's.
15   Q.   Okay.  But, again, I heard just a minute ago that you
16        said it was effective in the treatment of some
17        symptoms of Alzheimer's, --
18   A.   And I --
19   Q.   -- correct?
20   A.   You're absolutely right.  It is effective.
21   Q.   And so if the Alzheimer's organization says that you
22        shouldn't take Ginkgo biloba for Alzheimer's, you
23        would disagree with the Alzheimer's organization,
24        wouldn't you?
25   A.   Yes.
```

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

Page       Line

__5__      _9_            Change: ___Mitmesser_____

                          Reason: _____incorrect spelling_____
_25__      _14_           Change: but there was more than 1 study; we
conducted numerous studies
                          Reason: __1 study was not accurate_____
__26_      _10_           Change: __an appropriate_
                          Reason: __incorrect as written__
__26_      __11_          Change: ____an appropriate_
                          Reason: ___incorrect as written

| Page | Line | |
|---|---|---|
| | | Change: __strike 'so'_____ |
| __43 | __5 | Reason: _____incorrect as written |
| | | Change: ____add 'account' after into |
| ___66 | __15 | Reason: _____not complete as written |
| | | Change: _____change 'of' to 'if' |
| ___66 | __16 | Reason: _____incorrect |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |

_____   Subject to the above changes, I certify that the transcript is true and correct.


_____   No changes have been made. I certify that the transcript is true and correct.


_____          _____28 April 2017
**Signature**                                **Date**