# EXHIBIT 2

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF CALIFORNIA
   ---------------------------------------------
 3  TATIANA KOROLSHTEYN, on behalf of herself
 4  and all others similarly situated,
 5                           Plaintiff,
              -against-
 6  COSTCO WHOLESALE CORPORATION and NBTY,
 7  INC.,
 8                           Defendants.
 9  Case No. 3:15-cv-00709-CAB-RBB
   ---------------------------------------------
10  PAIGE PETKEVICIUS, on behalf of herself
11  and all others similarly situated,
                             Plaintiff,
12            -against-
    NBTY, INC., NATURE'S BOUNTY, INC.,
13  REXALL SUNDOWN, INC., and DOES 1-100,
14                           Defendants.
15  Case No. 3:14-cv-02616-CAB-RBB
   ---------------------------------------------
16                  CONFIDENTIAL
17
18      30(b)(6) VIDEOTAPED DEPOSITION of SUSAN
19      HAZELS MITMESSER, taken at 2100 Smithtown
20      Avenue, Ronkonkoma, New York, commencing
21      at 9:18 a.m., Wednesday, October 19, 2016,
22      before Josephine Winter, Certified
        Shorthand Reporter and a Notary Public of
23      the State of New York.
24  JOB No. 2462046
25  PAGES 1 - 250
```

Page 1

CONFIDENTIAL

```
 1   A P P E A R A N C E S:

 2

 3   ATTORNEYS FOR PLAINTIFF TATIANA KOROLSHTEYN, ON

 4   BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

 5        BOODELL & DOMANSKIS, LLC

 6        BY:   STEWART M. WELTMAN, ESQ.

 7              MAX A. STEIN, ESQ.

 8        One North Franklin

 9        Chicago, Illinois  60606

10        sweltman@boodlaw.com

11        mstein@boodlaw.com

12        (via teleconference)

13

14   ATTORNEYS FOR PLAINTIFF PAIGE PETKEVICIUS,

15   ON BEHALF OF HERSELF AND ALL OTHERS

16   SIMILARLY SITUATED

17        CARLSON, LYNCH, SWEET, KILPELA & CARPENTER, LLP

18        BY:   TODD CARPENTER, ESQ.

19              BRITTANY C. CASOLA, ESQ.

20        402 West Broadway

21        San Diego, California  92101

22        tcarpenter@carlsonlynch.com

23        bcasola@carlsonlynch.com

24

25
```

Page 2

CONFIDENTIAL

```
 1  A P P E A R A N C E S:  (cont.)
 2
 3  ATTORNEYS FOR PLAINTIFF TATIANA KOROLSHTEYN,
 4  ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY
 5  SITUATED
 6       BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
         BY:   (Not present)
 7       2325 East Camelback Road
 8       Phoenix, Arizona   85016
 9
10  ATTORNEYS FOR DEFENDANTS AND
11  WITNESS SUSAN HAZELS MITMESSER
12       WILLENKEN WILSON LOH & DELGADO, LLP
13       BY:   WILLIAM A. DELGADO, ESQ.
14       707 Wilshire Boulevard
15       Los Angeles, California   90017
16       williamdelgado@willenken.com
17
18  Attorney for Defendant NBTY, INC.
19       CHRISTINE McINERNEY, ESQ.
20       2100 Smithtown Avenue
21       Ronkonkoma, New York   11779
22       cmcinerney@nbty.com
23
24  ALSO PRESENT:
25       PETER COOPER, Videographer
```

Page 3

```
 1    file that NBTY maintains?
 2        A    Yes.
 3        Q    Okay.
 4             Before you asked somebody to
 5    print that all out, had you ever looked at
 6    the Ginkgo biloba file or any part of it
 7    before?
 8        A    Yes.
 9        Q    When was that?
10        A    I don't recall.  I look at all
11    the files at periodic times in our
12    database.  I don't recall a date as to
13    when the last time I looked at the file.
14        Q    You say you look at the files at
15    periodic times?  Is that what you said?
16        A    Yeah, periodically I look at the
17    files.
18        Q    Okay.
19             Is there a method or a process
20    by which you decide which files to
21    periodically look at?
22        A    There's no cadence.
23        Q    Cadence?
24        A    Correct.
25        Q    So how do you decide what files
```

```
 1   idiopathic cognitive impairment, how does
 2   this study in any way relate to the
 3   purported support defendants claim with
 4   their Ginkgo biloba products?
 5        A    Because it's the -- it's a
 6   120-milligram dose of the standardized
 7   material in a stressed population as you
 8   put idiopathic cognitive impairment
 9   showing improvement in different aspects
10   of cognitive test batteries.
11        Q    And I don't know whether I asked
12   this:
13             Do you consider this study to be
14   a competent, high-quality, reliable study
15   sufficient to rely upon to reach
16   conclusions about taking defendants'
17   Ginkgo biloba in healthy subjects?
18        A    I think it adds to the totality
19   of the data when we make a decision about
20   making a claim.
21        Q    Okay.
22             Okay.
23             By the way, you don't know how
24   defendant or defendants arrived at their
25   decision to make the claims they make
```

Page 191

```
 1   about Ginkgo biloba; do you?
 2        A    Can you rephrase the question?
 3        Q    Sure.
 4             You don't know what defendants
 5   relied upon when they originally made the
 6   claims they make about Ginkgo biloba now?
 7        A    Originally I would -- I agree
 8   with the statement because of the word
 9   originally, but understand that we
10   reassess claims all the time and so we --
11   whenever new scientific information comes
12   out, we reassess the claim, so while
13   originally I can't say for certain because
14   I was not part of the organization, but
15   subsequently I can say for certain.
16        Q    Do you reassess the claims about
17   Ginkgo biloba while you were employed by
18   defendants?
19        A    We reassess claims in our
20   portfolio on a very regular basis.
21        Q    Okay, but my -- I understand
22   that is a general proposition.
23             My question is as you sit here
24   today, do you recall since you've joined
25   defendants whether or not you have
```

Page 192

```
 1   reassessed or even assessed the claims
 2   about Ginkgo biloba before this
 3   litigation?
 4       A    Yes.
 5       Q    When?
 6       A    When the NTP report came out.
 7       Q    Okay.
 8            That's the toxicity report;
 9   correct?
10       A    Yes, it is.
11       Q    All right.
12            Does it have anything to do with
13   the claims that are made about Ginkgo
14   biloba as opposed to safety?
15       A    That report, no.  Has to do with
16   safety, but at that --
17       Q    Go ahead.
18       A    -- at that given time because
19   that safety report was out we assessed the
20   claims.
21       Q    So when you say we, you and who
22   else?
23       A    My team.
24       Q    Okay.
25            Who else on your team?
```

```
 1      A      I mentioned all seven of them.
 2   I can't recall exactly who was involved in
 3   the conversation, but we -- actually, it
 4   was probably Lindsey, just thinking about
 5   the dates.  It was probably Lindsey.
 6      Q      Lindsey who?
 7      A      Schlohock.
 8      Q      Okay.
 9             And, again, when was this?
10      A      I don't recall the date the NTP
11   report came out.
12      Q      It was within the last four
13   years?
14      A      Yes.
15      Q      Okay.
16             And, again, these were just
17   discussions?  There was no written
18   memorandum or anything as a result of
19   these discussions?
20      A      Correct.
21      Q      How much time did you spend on
22   reassessing the claims the defendants made
23   about their Ginkgo biloba products?
24      A      I don't recall.
25      Q      More than a couple of hours?
```

Page 194

```
 1   it.
 2        Q     Are you ready?
 3        A     Yes, I am.
 4        Q     I show you what's been marked as
 5   Exhibit 30 which is a meta-analysis
 6   authored by Laws et. al entitled, quote,
 7   Is Ginkgo Biloba a Cognizant Enhancer in
 8   Healthy Individuals?  A Meta-Analysis.
 9              Can you tell us why you did not
10   cite this article as part of your 16
11   articles?
12        A     So, again, I have reviewed this
13   and the way these authors were looking at
14   this review, which it's a review, was as
15   an enhancer of cognitive function, so
16   that's not necessarily something that
17   we're going after, is to enhance
18   something, but more pointedly it is a
19   review article.
20        Q     What's the matter with a review
21   article?
22        A     Well, we would never base a
23   claim solely on a review article.
24        Q     I didn't ask you whether you
25   would -- that's the problem?  That you
```

```
 1              CERTIFICATION BY REPORTER
 2       I, Josephine Winter, a Notary Public
 3   of the State of New York, do hereby
 4   certify:
 5       That the testimony in the within
 6   proceeding was held before me at the
 7   aforesaid time and place;
 8       That said witness was duly sworn
 9   before the commencement of the testimony,
10   and that the testimony was taken
11   stenographically by me, then transcribed
12   under my supervision, and that the within
13   transcript is a true record of the
14   testimony of said witness.
15       I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, that I am not
18   interested directly or indirectly in the
19   matter in controversy, nor am I in the
20   employ of any of the counsel.
21       IN WITNESS WHEREOF, I have hereunto
22   set my hand this 24th day of October, 2016.
23
24             [signature: Josephine Winter]
25             Josephine Winter
```

Page 250

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated õSignatureö line.

**ERRATA SHEET**

| Page | Line | | |
|---|---|---|---|
| 30 | 24 | Change: | so to some |
| | | Reason: | captured incorrectly |
| 39 | 3 | Change: | It to I |
| | | Reason: | captured incorrectly |
| 46 | 6 | Change: | cognizant to cognition |
| | | Reason: | captured incorrectly |
| 187 | 23 | Change: | cognizant to cognition |
| | | Reason: | captured incorrectly |

Page        Line        Change: _____

_____      _____      Reason: _____

            Change: _____

_____      _____      Reason: _____

            Change: _____

_____      _____      Reason: _____

            Change: _____

_____      _____      Reason: _____

            Change: _____

_____      _____      Reason: _____

            Change: _____

_____      _____      Reason: _____

            Change: _____

_____      _____      Reason: _____

            Change: _____

___X___   Subject to the above changes, I certify that the transcript is true and correct.


_____   No changes have been made. I certify that the transcript is true and correct.


_____                      _____ 28 November 2016 _____
**Signature**                                            **Date**