BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson (203111)
Manfred Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
eryan@bffb.com
Telephone: 602-274-1100

SIPRUT PC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
Michael Chang (*Admitted Pro Hac Vice*)
27 North State Street
Chicago, IL 60602
sweltman@siprut.com
mchang@siprut.com
Telephone: (312) 236-0000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA KOROLSHTEYN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and NBTY, INC.,<br><br>Defendants. | Case No. 3:15-cv-00709-CAB-RBB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PATRICIA N. SYVERSON IN SUPPORT OF PLAINTIFF'S REPLIES IN SUPPORT OF MOTIONS TO EXCLUDE MITMESSER AND ROSICK**<br><br>Date: June 6, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Cathy Ann Bencivengo<br>Ctrm: 4C |

I, PATRICIA SYVERSON, declare as follows:

1. I am a shareholder in the law firm of Bonnett, Fairbourn, Friedman, & Balint, P.C., one of the proposed Class Counsel. I have personal knowledge of the matters set forth in this declaration and, if called to testify to them, would be competent to do so.

2. In support of Plaintiff's Replies in Support of Motions to Exclude Susan Mitmesser and Edward Rosick, attached hereto are true and correct copies of the following documents:

Exhibit A: Relevant Excerpts from the Deposition of Susan Mitmesser, Ph.D. (3/28/17)

Exhibit B: Relevant Excerpts from the Deposition of Edward Rosick, D.O. (12/16/16)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 30th day of May 2017, at San Diego, California.

DATED: May 30, 2017

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
eryan@bffb.com
Telephone: 602/274-1100
Fax: 602/274-1199

SIPRUT PC
Stewart M. Weltman (*Admitted Pro Hac Vice*)

- 1 -
SYVERSON DECLARATION ISO REPLIES ISO MTNS TO EXCLUDE MITMESSER AND ROSICK

| | |
|---|---|
| 1 | Michael Chang (*Admitted Pro Hac Vice*) |
| 2 | 17 N. State St.<br>Chicago, IL 60602 |
| 3 | sweltman@siprut.com<br>mchang@siprut.com |
| 4 | Telephone: (312) 236-0000 |
| 5 | BOODELL & DOMANSKIS, LLC<br>Max A. Stein (*Admitted Pro Hac Vice*) |
| 6 | Nada Djordjevic (*Admitted Pro Hac Vice*)<br>1 N. Franklin Street, Suite 1200 |
| 7 | Chicago, IL 60606<br>mstein@boodlaw.com |
| 8 | ndjordjevic@boodlaw.com<br>Telephone: (312) 938-4070 |

- 2 -
SYVERSON DECLARATION ISO REPLIES ISO MTNS TO EXCLUDE MITMESSER AND ROSICK

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 30, 2017.

By: s/*Patricia N. Syverson*
BONNETT FAIRBOURN FRIEDMAN
  & BALINT, PC
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593