

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Petitioner<br>Tatiana Korolshteyn, on behalf of herself and all others similarly situated<br><br>V.<br><br>Defendant<br>NBTY, Inc.<br><br>V.<br><br>Respondent<br>Costco Wholesale Corporation<br><br>Amicus<br>The Council for Responsible Nutrition | Civil Action No. 15-cv-0709-CAB-RBB<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

CRN's motion to file a brief amicus curiae is Granted; Plaintiff's motions to exclude the testimony of Susan Mitmesser and Edward Rosick are denied; Plaintiff's motion to exclude the testimony of Stephen Ogenstad is Denied As Moot; Defendants' motion to exclude the testimony of Richard Bazinet and Martin Lee is Denied As Moot; Defendants' request for judicial notice and Plaintiff's motion to strike are Denied As Moot; and, Defendants' motion for summary judgment is Granted. Accordingly, the Clerk of Court is instructed to enter Judgment for Defendants and to Close this case. It is So Ordered.

Date: 8/23/17

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez
J. Gutierrez, Deputy