| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 11 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; NBTY, INC.,<br><br>Defendants-Appellees. | No.   19-55739<br><br>D.C. No.<br>3:15-cv-00709-CAB-RBB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: WATFORD, FRIEDLAND, and BENNETT, Circuit Judges.

Appellant's unopposed motion to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) is GRANTED.

The parties shall bear their own fees and costs on appeal.

This order shall act as and for the mandate of this court.

**DISMISSED.**